Charles M. DENNY, Jr., Petitioner, v. Guy T HELVERING, Commissioner, etc.

No. 10327.

Circuit Court of Appeals, Eighth Circuit.

April 17, 1935.

Guy Chase, of St. Paul, Minn., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals docketed and dismissed, without costs to either party in this court, on motion of respondent.

DISBROW & CO. et al., Appellants, v. J. M WATERS et al., Guardians, etc.

No. 10232.

Circuit Court of Appeals, Eighth Circuit.

Jan. 21, 1935.

Harry C. De Lamatre and Winthrop B. Lane, both of Omaha, Neb., for appellants.

Reed A. Flickinger, of Council Bluffs, Iowa, Ernest H. Struve, of Clinton, Iowa, and William J. Hotz, of Omaha, Neb., for appellees.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion and stipulation of parties.

Jack G. EDWARDS, Appellant, v. UNITED STATES of America.

No. 10259.

Circuit Court of Appeals, Eighth Circuit.

Feb. 26, 1935.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo.

PER CURIAM.

Appeal docketed and dismissed for want of prosecution, etc., on motion of appellee.

Clarence ELKINS et al., Appellants, v. WESTINGHOUSE ELECTRIC & MANUFACTURING CO. et al.

No. 9995.

Circuit Court of Appeals, Eighth Circuit.

Nov. 21, 1934.

E. Hullverson, of St. Louis, Mo., for appellants.

Fred L. Williams, Earl F. Nelson, Fred L. English, T. E. Francis, and Charles H. Daues, all of St. Louis, Mo., and Stanley Clarke, of New York City, for appellees.

PER CURIAM.

Appeal dismissed at costs of appellant, on motion of appellee Kiel, receiver.